aaaa

Case 1:57-cv-00001   Document 2   Filed 10/27/11   Page 1 of 1 PageID #: 2